PLAZA STORES, LTD., Respondent, v. REUBEN WESTON, Legal Representative of ROSE MULHAUSER, Deceased, Appellant.— Motion for leave to appeal to the Appellate Division denied, with $10 costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ.

AUGUSTA SAMUELS, Respondent, v. LOUIS B. SAMUELS, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ. [See *ante*, p. 909.]

BERNARD SRAGOW, Respondent, v. DISTILLED BRANDS, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 898.]

WM. D. REALTY, INC., Respondent, v. PIERCE GRANT et al., Defendants, and BESSIE GRANT, Appellant.— Motion for leave to appeal to the Court of Appeals or, in the alternative, for a stay of execution of order entered upon her default for her eviction from foreclosed premises after sale in foreclosure denied, without costs. Present — Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ. [See *ante*, p. 935.]

LOUIS APPELBAUM, Appellant, v. FRIEDA APPELBAUM, Respondent.— In an action for divorce, judgment dismissing the complaint, upon the direction of a verdict in favor of the defendant at the close of the plaintiff's case, reversed on the law and the facts, without costs, and a new trial granted. In our opinion plaintiff's evidence established a prima facie case for submission to a jury. Nolan, P. J., Carswell, Adel, Sneed and Wenzel, JJ., concur.

GRETA FRIEDMAN, Appellant, v. GEORGE FRIEDMAN, Respondent.— Action for divorce. Plaintiff wife appeals from an order which denied her motion for counsel fee and disbursements in order to prosecute an appeal from an order granting her alimony *pendente lite* and counsel fees. Order affirmed, without costs. No opinion. Nolan, P. J., Johnston, Adel, Sneed and Wenzel, JJ., concur.

In the Matter of the Application of BASIL RAFUSE, Respondent. JACOB GRAIFER et al., Appellants.— Appeal from an order denying application to vacate a written demand for a statement of receipts and disbursements, etc., served by a carpentry contractor upon the owner of an improvement to real property under subdivisions (4) and (5) of section 36-d of the Lien Law. Order affirmed, with $10 costs and disbursements. There appears to be no authority for the making of a motion to vacate the demand, such as the one here made, particularly since no action or proceeding is at present pending. Nolan, P. J., Carswell, Johnston, Adel and Sneed, JJ., concur.